ALFRED MCZEAL, JR.
HOUSTON REAL ESTATE
BUSINESS TRUST
8950 Westpark Dr. Suite 302
Houston, Texas 77063

FILED
SEP - 8 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

Case No. ______________________
*(to be filled in by the Clerk's Office)*

**ALFRED MCZEAL, JR.**

***Plaintiff(s)***
*(Write the full name of each plaintiff who is filing this complaint If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

*-V-*

**RESS FINANCIAL CORPORATION; Neighbor to Neighbor Homes, LLC; Beulah Margaret Banks; Michael D. Crutchfield; Christopher Morris Jones; CMG Mortgage, Inc.; USA National Title Company, Inc; Carla Clenney-Martinez**

***Defendant(s)***
*(Write the fill name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)*

**Jury Trial:** *(check one)* ☑ Yes ☐ No

**I. FRAUD - "CASHLESS" TRUSTEE DEED UPON SALE FROM RESS FINANCIAL TO NEIGHBOR TO NEIGHBOR, LLC (CRIMINAL FORGERY)**

**II. FRAUD - FORGED GRANT DEED RECORDED BY BEULAH MARGARET BANK & MICHAEL D. CRUTCHFIELD (CRIMINAL FROGERY)**
**March 25, 2025 - Beulah Margaret Banks and Michael D. Crutchfield recorded a fraudulent Grant Deed**

**III. FRAUD - "CASHLESS" DEED FROM NEIGHBOR TO NEIGHBOR, LLC TO Christopher Morris Jones**

**IV. Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §1961 et seq)**

**V. Wire Fraud (18 U.S.C. §§ 1341, 1343)**

**VI. 18 U.S.C. § 1341 (Mail Fraud)**

**VI. Claim for Money Laundering (18 U.S.C. §§ 1956, 1957)**

**VIII. Claim for Turnover of Property (11 U.S.C. § 542)**

**IX. Claim for Bank Fraud (18 U.S.C. § 1344)**

**X. Claim for False Statements in Real Estate Transactions (18 U.S.C. § 1014)**

**XI. Claim for Quiet Title (Cal. Civ. Code § 760.020)**

**XII. Claim for Cancellation of Written Instruments (Cal. Civ. Code § 3412)**

**XIII. Declaratory Judgment Act - 28 U.S.C. §2201 - §2202**

# ADVERSARY PROCEEDING

☑ ***PRELIMINARY INJUNCTION REQUESTED***

# COMPLAINT FOR A CIVIL CASE

**COMPLAINT FOR FRAUD (MULTIPLE FORGED DEEDS); FRAUDULENT TRANSFERS; RACKEETERING, MONEY LAUNDERING; BANK FRAUD; QUIET TITLE; CANCELLATION OF WRITTEN INSTRUMENTS; Claim for False Statements in Real Estate Transactions (18 U.S.C. § 1014); DECLARATORY JUDGMENT; and DOES 1-10**

**PROPERTIES IN DISPUTE:**

**1. 2325 Van Wick Street, Inglewood, CA 90303**
**and**
**2. 3964 Redwood Avenue, Los Angeles, CA**

**COVER PAGE**

## I. The Parties to This Complaint

### A. The Plaintiff(s)

**ALFRED MCZEAL, JR.**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name **Alfred McZeal, Jr.**
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address

ALFRED MCZEAL, JR.
HOUSTON REAL ESTATE BUSINESS TRUST
8950 Westpark Dr. Suite 302 Houston, Texas 77063

**Plaintiff No.2**

Name **n/a**
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if *known*). Attach additional pages if needed.

**RESS FINANCIAL CORPORATION**

**Beulah Margaret Banks**

**Christopher Morris Jones**

**USA National Title Company, Inc.**

**Neighbor to Neighbor Homes, LLC**

**Michael D. Crutchfield**

**CMG Mortgage, Inc.**

**Carla Clenney-Martinez**

☐ Additional Pages Attached

## DEFENDANTS

**Defendant No. 1**

| | |
|---|---|
| Name | **RESS FINANCIAL CORPORATION** |
| Job or Title *(if known)* | **(False Transfer to False Buyer)** |
| Street Address | RESS Financial Corporation<br>1780 Town and Country Drive,<br>Suite 105<br>Norco, CA 92860 |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | **Neighbor to Neighbor Homes, LLC** |
| Job or Title *(if known)* | **(False Buyer )** |
| Street Address | Neighbor to Neighbor Homes, LLC<br>2015 Manhattan Beach Blvd.,<br>Suite 100<br>Redondo Beach, CA 90278 |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address of *known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | **Beulah Margaret Banks** |
| Job or Title i*f known)* | **(Evicted/Fraudster)** |
| Street Address | Beulah Margaret Banks<br>2325 Van Wick Street,<br>Inglewood, CA 90303 |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | **Michael D. Crutchfield** |
| Job or Title *(if known)* | **(Evicted/Fraudster)** |
| Street Address | Michael D. Crutchfield<br>2325 Van Wick Street, Inglewood, CA 90303 |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## ADDITIONAL DEFENDANTS

**Defendant No. 5**

| | |
|---|---|
| Name | **Christopher Morris Jones** |
| Job or Title *(if known)* | **(Purported Owner)** |
| Street Address | **Christopher Morris Jones** |
| City and County | **1802 W. 136th St.** |
| State and Zip Code | **Compton, CA. 90220** |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 6**

| | |
|---|---|
| Name | **CMG Mortgage, Inc.** |
| Job or Title *(if known)* | **(Mortgage Fraud Company)** |
| Street Address | **CMG Mortgage, Inc.** |
| City and County | **3160 Crow Canyon Road, Suite 400** |
| State and Zip Code | **San Ramon, CA 94583** |
| Telephone Number | |
| E-mail Address of *known)* | |

**Defendant No. 7**

| | |
|---|---|
| Name | **USA National Title Company, Inc.** |
| Job or Title *ifknown)* | **(Title Fraud Company)** |
| Street Address | **USA National Title Company, Inc.** |
| City and County | **301 North Lake Avenue, Suite 300** |
| State and Zip Code | **Pasadena, CA 91101** |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 8**

| | |
|---|---|
| Name | **Carla Clenney-Martinez** |
| Job or Title *(if known)* | **(Evicted Squatter)** |
| Street Address | **Carla Clenney-Martinez** |
| City and County | **3964 Redwood Avenue,** |
| State and Zip Code | **Los Angeles, CA** |
| Telephone Number | |
| E-mail Address *(if known)* | |

## H. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 133 1, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (check all that apply)

☑ Federal question ☑ Diversity of citizenship

Fill out the paragraphs m this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue m this case.

**I. FRAUD - "CASHLESS" TRUSTEE DEED UPON SALE FROM RESS FINANCIAL TO NEIGHBOR TO NEIGHBOR, LLC (CRIMINAL FORGERY)**

**II. FRAUD - FORGED GRANT DEED RECORDED BY BEULAH MARGARET BANK & MICHAEL D. CRUTCHFIELD (CRIMINAL FROGERY) March 25, 2025 - Beulah Margaret Banks and Michael D. Crutchfield recorded a fraudulent Grant Deed**

**III. FRAUD - "CASHLESS" DEED FROM NEIGHBOR TO NEIGHBOR, LLC TO Christopher Morris Jones**

**IV. Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §1961 et seq)**

**V. Wire Fraud (18 U.S.C. §§ 1341, 1343)**

**VI. 18 U.S.C. § 1341 (Mail Fraud)**

**VI. Claim for Money Laundering (18 U.S.C. §§ 1956, 1957)**

**VIII. Claim for Turnover of Property (11 U.S.C. § 542)**

**IX. Claim for Bank Fraud (18 U.S.C. § 1344)**

**X. Claim for False Statements in Real Estate Transactions (18 U.S.C. § 1014)**

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. **The Plaintiff(s)**

a. If the plaintiff is an individual

The plaintiff, (name) **Alfred McZeal, Jr.**, is a citizen of the State of (name) Texas

b. If the plaintiff is a corporation

The plaintiff, (name) n/a, is incorporated under the laws of the State of (name) ______

and has its principal place of business m the State of (name) ______

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

☐ **Additional Pages Are Attached Providing Information On *Additional Plaintiffs***

2. **The Defendant(s)**

**RESS FINANCIAL CORPORATION; Neighbor to Neighbor Homes, LLC; Beulah Margaret Banks; Michael D. Crutchfield; Christopher Morris Jones; CMG Mortgage, Inc.; USA National Title Company, Inc; Carla Clenney-Martinez**

a. The Defendant is an ☐ individual ☑ corporation.

The defendant, (name) **RESS FINANCIAL CORPORATION**, is a citizen of the State of (name) California Or is a citizen of (foreign nation) ______

c. The Defendant is an ☐ individual ☐ corporation. ☐ Trust

**The defendant,** *(name)*
the laws of the State of *(name)* , is incorporated under
principal place of business in the State of *(name)* and has its
Or is incorporated under the laws of *(foreign nation)*
and has its principal place of business in *(name)*

d. The Defendant is an ☐ individual ☐ corporation. ☐ Trust

**The defendant,** *(name)*
the laws of the State of *(name)* , is incorporated under
principal place of business in the State of *(name)* and has its
Or is incorporated under the laws of *(foreign nation)*
and has its principal place of business in *(name)*

e. The Defendant is an ☐ individual ☐ corporation. ☐ Trust

**The defendant,** *(name)* **RESS FINANCIAL CORPORATION**
the laws of the State of *(name)* , is incorporated under
principal place of business in the State of *(name)* and has its
Or is incorporated under the laws of *(foreign nation)*
and has its principal place of business in *(name)*

f. The Defendant is an ☐ individual ☐ corporation. ☐ Trust

**The defendant,** *(name)*
of the State of *(name)* , is incorporated under
principal place of business in the State of *(name)* and has its
Or is incorporated under the laws of *(foreign nation)*
and has its principal place of business in *(name)*

g. The Defendant is an ☐ individual ☐ corporation. ☐ Trust

**The defendant,** *(name)*
of the State of *(name)* , is incorporated under
principal place of business in the State of *(name)* and has its
Or is incorporated under the laws of *(foreign nation)*
and has its principal place of business in *(name)*

h. The Defendant is an ☐ individual ☐ corporation. ☐ Trust

**The defendant,** *(name)*
of the State of *(name)* , is incorporated under
principal place of business in the State of *(name)* and has its
Or is incorporated under the laws of *(foreign nation)*
and has its principal place of business in *(name)*

c. The Defendant is an ☑ individual ☐ corporation. ☐ Trust

**The defendant,** *(name)* **Beulah Margaret Banks**
the laws of the State of *(name)* California , is incorporated under
principal place of business in the State of *(name)* ________ and has its
Or is incorporated under the laws of *(foreign nation)* ________
and has its principal place of business in *(name)* ________

d. The Defendant is an ☑ individual ☐ corporation. ☐ Trust

**The defendant,** *(name)* **Michael D. Crutchfield**
the laws of the State of *(name)* California , is incorporated under
principal place of business in the State of *(name)* ________ and has its
Or is incorporated under the laws of *(foreign nation)* ________
and has its principal place of business in *(name)* ________

e. The Defendant is an ☑ individual ☐ corporation. ☐ Trust

**The defendant,** *(name)* **Christopher Morris Jones**
the laws of the State of *(name)* California , is incorporated under
principal place of business in the State of *(name)* ________ and has its
Or is incorporated under the laws of *(foreign nation)* ________
and has its principal place of business in *(name)* ________

f. The Defendant is an ☐ individual ☑ corporation. ☐ Trust

**The defendant,** *(name)* **CMG Mortgage, Inc.**
**of the State of** *(name)* California , is incorporated under
principal place of business in the State of *(name)* ________ and has its
Or is incorporated under the laws of *(foreign nation)* ________
and has its principal place of business in *(name)* ________

g. The Defendant is an ☐ individual ☑ corporation. ☐ Trust

**The defendant,** *(name)* **USA National Title Company, Inc.**
**of the State of** *(name)* California , is incorporated under
principal place of business in the State of *(name)* ________ and has its
Or is incorporated under the laws of *(foreign nation)* ________
and has its principal place of business in *(name)* ________

h. The Defendant is an ☑ individual ☐ corporation. ☐ Trust

**The defendant,** *(name)* **Carla Clenney-Martinez**
**of the State of** *(name)* California , is incorporated under
principal place of business in the State of *(name)* ________ and has its
Or is incorporated under the laws of *(foreign nation)* ________
and has its principal place of business in *(name)* ________

b. The Defendant is an ☐ individual ☑ corporation.

The defendant, *(name)* **Neighbor to Neighbor Homes, LLC**, is a citizen of the State of *(name)* California ☑ is incorporated under principal place of business in the State of *(name)* California and has its

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* ☐ **Additional Pages Are Attached On *Additional Defendants.***

3. **The Amount in Controversy**

The amount in controversy is the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court because *(explain):*

**The Real Property Stolen is in excess of $75,000.**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiffs rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**I. FRAUD - "CASHLESS" TRUSTEE DEED UPON SALE FROM RESS FINANCIAL TO NEIGHBOR TO NEIGHBOR, LLC (CRIMINAL FORGERY)**

Plaintiff, Alfred McZeal, Jr., as Trustee of the Houston Real Estate Business Trust, brings this action to recover and quiet title to two properties — 2325 Van Wick Street, Inglewood, California (APN 4029-020-004) and 3964 Redwood Avenue, Los Angeles, California (APN 4236-026-020) — that were wrongfully taken through a pattern of fraudulent and forged deeds, false recordings, and a fraudulent mortgage encumbrance.At 2325 Van Wick Street, Defendants RESS Financial Corporation, Neighbor to Neighbor Homes, LLC, Beulah M. Banks, Michael D. Crutchfield, Christopher Morris Jones, CMG Mortgage, Inc., Mortgage Electronic Registration Systems (MERS), and USA National Title Company, Inc. engaged in a scheme to manufacture title through a "cashless" fraudulent Trustee's Deed Upon Sale, followed by unauthorized deeds, including a fraudulent Grant Deed recorded March 25, 2025, and culminating in a fraudulent loan of $800,238.00 secured by a Deed of Trust.At 3964 Redwood Avenue, Defendant Carla Clenney-Martinez initially deeded the property to Plaintiff's Trust on August 5, 2024, but later, on March 26, 2025, she forged a Grant Deed in which she falsely claimed trustee authority over Plaintiff's Trust and deeded the property back to herself after eviction.

Through these actions, Defendants have clouded Plaintiff's title, violated the Bankruptcy Code (11 U.S.C. §§ 542, 548, 550), engaged in fraud and forgery under California Penal Code §§ 115 & 470, and committed racketeering acts under 18 U.S.C. §§ 1341, 1343, 1344, 1956, and 1962 (RICO). Plaintiff seeks cancellation of all fraudulent instruments, quiet title, turnover of both properties, injunctions against further interference, damages, and treble damages under civil RICO.

☑ Pages Attached ( Exhibits A, & 1 - thru )

☑ Plaintiff(s) reserves the Right to Amend. ☑ **FRAUD CLAIMS: F,F2,F3,F4,F5,F6,F7,F8**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

| | **DAMAGES** |
|---|---|
| **FRAUD** | **$800,000.00** |
| **Negligent Misrepresentation** | **$800,000.00** |
| **Racketeering (Treble Damages** | **$2,400,000.00** |
| **Real Estate Fraud** | **$800,000.00** |
| **Bank Fraud** | **$800,000.00** |
| **Actual Damages** | **$1,500,000.00** |
| **Punitive Damages (Extreme & Outrageous Conduct)** | **$3,000,000.00** |
| ☐ **Prayer is Included in Supplemental Complaint** TOTAL RELIEF: | **$10,100,000.00** |

***STATEMENT OF THE CLAIM (CONTINUED):***

## CONSPIRACY TO STEAL REAL PROPERTY BY FALSE DEEDS

This adversary proceeding arises out of an ongoing conspiracy to steal real property through forged and fraudulent deeds, false recordings, and fraudulent financial encumbrances. Plaintiff, Alfred McZeal, Jr., as Trustee of the Houston Real Estate Business Trust, is the rightful owner of two properties — 2325 Van Wick Street, Inglewood, California (APN 4029-020-004) and 3964 Redwood Avenue, Los Angeles, California (APN 4236-026-020). Defendants, acting in concert, have engaged in a scheme to strip Plaintiff of ownership, launder title, and enrich themselves through unlawful transfers and encumbrances.

At 2325 Van Wick Street, the scheme began with a fraudulent, cashless Trustee's Deed Upon Sale recorded by RESS Financial Corporation in favor of Neighbor to Neighbor Homes, LLC on October 17, 2024. Thereafter, Defendants Beulah M. Banks and Michael D. Crutchfield recorded deeds purporting to rescind prior fraud but later filed a forged Grant Deed on March 25, 2025, falsely acting on behalf of Plaintiff's Trust and deeding the property to themselves. The property was then conveyed by fraudulent instruments to Christopher Morris Jones, who encumbered it with a fraudulent Deed of Trust in favor of CMG Mortgage, Inc., MERS, and USA National Title Company for $800,238. These instruments are void ab initio, yet remain of record, creating clouds on Plaintiff's title.At 3964 Redwood Avenue, Carla Clenney-Martinez conveyed the property to Plaintiff's Trust on August 5, 2024. However, after being lawfully evicted, she executed and recorded a forged Grant Deed on March 26, 2025, in which she falsely claimed to be a trustee of Plaintiff's Trust and deeded the property back to herself without authority. This forged instrument is likewise void ab initio and clouds Plaintiff's title.

The actions of Defendants constitute fraudulent transfers under the Bankruptcy Code (11 U.S.C. §§ 542, 548, 550), forgery and false recordings under California Penal Code §§ 115 and 470, and a pattern of racketeering activity in violation of 18 U.S.C. §§ 1341, 1343, 1344, 1956, and 1962 (RICO). Defendants have acted willfully, maliciously, and in concert as part of an unlawful conspiracy to defraud Plaintiff of his real property interests. Plaintiff seeks monetary relief and cancellation of the false deeds.

***ATTACHMENT A:*** **CAUSES OF ACTION AGAINST THE INDIVIDUAL DEFENDANTS**

**I. FRAUD - "CASHLESS" TRUSTEE DEED UPON SALE FROM RESS FINANCIAL TO NEIGHBOR TO NEIGHBOR, LLC (CRIMINAL FORGERY)**

**II. FRAUD - FORGED GRANT DEED RECORDED BY BEULAH MARGARET BANK & MICHAEL D. CRUTCHFIELD (CRIMINAL FROGERY) March 25, 2025 - Beulah Margaret Banks and Michael D. Crutchfield recorded a fraudulent Grant Deed**

**III. FRAUD - "CASHLESS" DEED FROM NEIGHBOR TO NEIGHBOR, LLC TO Christopher Morris Jones**

**IV. Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §1961 et seq)**

**V. Wire Fraud (18 U.S.C. §§ 1341, 1343)**

**VI. 18 U.S.C. § 1341 (Mail Fraud)**

**VI. Claim for Money Laundering (18 U.S.C. §§ 1956, 1957)**

**VIII. Claim for Turnover of Property (11 U.S.C. § 542)**

## CLAIMS AGAINST DEFENDANT:
## <u>RESS FINANCIAL CORPORATION</u>

On October 17, 2024, RESS Financial Corporation recorded a fraudulent, cashless Trustee's Deed Upon Sale transferring 2325 Van Wick Street to Neighbor to Neighbor Homes, LLC. No foreclosure occurred, no consideration was paid, and RESS had no lawful authority to convey title. This false deed is void ab initio, violated 11 U.S.C. §§ 548 & 550, and constitutes forgery and false recording under California law. Plaintiff seeks cancellation of the deed, restoration of title, and damages.

## CLAIMS AGAINST DEFENDANT:
## <u>Neighbor to Neighbor Homes, LLC</u>

On October 17, 2024, Neighbor to Neighbor Homes, LLC accepted title to 2325 Van Wick Street under a fraudulent, cashless Trustee's Deed Upon Sale recorded by RESS Financial Corporation. Neighbor to Neighbor was not a bona fide purchaser, gave no consideration, and knowingly participated in the fraudulent chain of title. Its claim of ownership is void ab initio, and Plaintiff seeks cancellation of the deed, quiet title, and damages

## CLAIMS AGAINST DEFENDANT:
## <u>Beulah Margaret Banks</u>

Defendant Beulah Margaret Banks participated in the fraudulent scheme against 2325 Van Wick Street by executing multiple false deeds, including a fraudulent Grant Deed recorded March 25, 2025, in which she falsely acted on behalf of Plaintiff's Trust and deeded the property back to herself and Michael Crutchfield. Banks had no legal authority or ownership interest, and her actions constitute forgery, false recording, and fraudulent transfer. Plaintiff seeks cancellation of her deeds, quiet title, and damages.

## CLAIMS AGAINST DEFENDANT:
## <u>Michael D. Crutchfield</u>

Defendant Michael D. Crutchfield, acting jointly with Beulah Margaret Banks, executed fraudulent deeds against 2325 Van Wick Street, including the March 25, 2025 Grant Deed falsely purporting to act for Plaintiff's Trust and deeding the property back to themselves. Crutchfield had no ownership interest or authority, and his actions constitute forgery, false recording, and fraudulent transfer. Plaintiff seeks cancellation of his deeds, quiet title, and damages.

***ATTACHMENT A:*** **CAUSES OF ACTION AGAINST THE INDIVIDUAL DEFENDANTS**

**I. FRAUD - "CASHLESS" TRUSTEE DEED UPON SALE FROM RESS FINANCIAL TO NEIGHBOR TO NEIGHBOR, LLC (CRIMINAL FORGERY)**

**II. FRAUD - FORGED GRANT DEED RECORDED BY BEULAH MARGARET BANK & MICHAEL D. CRUTCHFIELD (CRIMINAL FROGERY) March 25, 2025 – Beulah Margaret Banks and Michael D. Crutchfield recorded a fraudulent Grant Deed**

**III. FRAUD - "CASHLESS" DEED FROM NEIGHBOR TO NEIGHBOR, LLC TO Christopher Morris Jones**

**IV. Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §1961 et seq)**

**V. Wire Fraud (18 U.S.C. §§ 1341, 1343)**

**VI. 18 U.S.C. § 1341 (Mail Fraud)**

**VI. Claim for Money Laundering (18 U.S.C. §§ 1956, 1957)**

**VIII. Claim for Turnover of Property (11 U.S.C. § 542)**

## CLAIMS AGAINST DEFENDANT:

## <u>Christopher Morris Jones</u>

On August 18, 2025, Christopher Morris Jones recorded a fraudulent Grant Deed claiming title to 2325 Van Wick Street, and the same day executed a fraudulent Deed of Trust for $800,238 in favor of CMG Mortgage, Inc., MERS, and USA National Title. Jones never held valid title and acted in furtherance of the fraudulent chain of deeds. His actions are void ab initio, and Plaintiff seeks cancellation of his deed and mortgage, quiet title, and damages.

## CLAIMS AGAINST DEFENDANT:

## <u>CMG Mortgage, Inc.</u>

On August 18, 2025, CMG Mortgage, Inc. accepted and recorded a Deed of Trust for $800,238 against 2325 Van Wick Street, based on a fraudulent Grant Deed executed by Christopher Morris Jones. Because Jones never held valid title, CMG's lien is void ab initio and constitutes a fraudulent encumbrance. Plaintiff seeks cancellation of the Deed of Trust, quiet title, and damages.

## CLAIMS AGAINST DEFENDANT:

## <u>USA National Title Company, Inc.</u>

On August 18, 2025, USA National Title Company, Inc. was named as trustee under the fraudulent Deed of Trust recorded by Christopher Morris Jones in favor of CMG Mortgage, Inc. and MERS, encumbering 2325 Van Wick Street. Because Jones never held valid title, USA National Title's trustee designation is void ab initio and clouds Plaintiff's property. Plaintiff seeks cancellation of the trustee's role under the deed, quiet title, and damages.

## CLAIMS AGAINST DEFENDANT:

## <u>Carla Clenney-Martinez</u>

Defendant Carla Clenney-Martinez initially deeded 3964 Redwood Avenue, Los Angeles, CA (APN 4236-026-020) to Plaintiff's Trust on August 5, 2024, but later, on March 26, 2025, she executed and recorded a fraudulent Grant Deed in which she falsely claimed trustee authority over Plaintiff's Trust and deeded the property back to herself after eviction. This forged deed is void ab initio and constitutes forgery, false recording, and fraudulent transfer. Plaintiff seeks cancellation of her fraudulent deed, quiet title, and damages.

***ATTACHMENT 1:*** ***FIRST CAUSE OF ACTION:*** ☐ **Supplemental Complaint Attached**

## I. FRAUD - "CASHLESS" TRUSTEE DEED UPON SALE FROM RESS FINANCIAL TO NEIGHBOR TO NEIGHBOR, LLC (CRIMINAL FORGERY)

On October 17, 2024, Defendant RESS Financial Corporation recorded a purported Trustee's Deed Upon Sale (Doc. #20240710375) transferring 2325 Van Wick Street, Inglewood, CA (APN 4029-020-004) to Defendant Neighbor to Neighbor Homes, LLC. This deed was fraudulent and void ab initio because:No foreclosure sale occurred, despite the deed's recitals.

No consideration was paid — it was a "cashless" transfer.RESS lacked legal authority to convey the property.Recording a false instrument violated California Penal Code §§ 115 & 470.

The deed constitutes a fraudulent transfer under 11 U.S.C. §§ 548 & 550 and racketeering acts under mail fraud, wire fraud, and money laundering statutes.

This "cashless" deed was the foundation of the fraudulent chain of title later exploited by Banks, Crutchfield, Jones, and CMG/MERS, all of which must fall because the root transfer itself is void.

Plaintiff seeks cancellation of the October 17, 2024 deed, a declaration that it is void, quiet title in Plaintiff's Trust, turnover under § 542, damages, and treble damages under RICO.

***ATTACHMENT 2:*** ***SECOND CAUSE OF ACTION:*** ☐ **Supplemental Complaint Attached**

**II. FRAUD - FORGED GRANT DEED RECORDED BY BEULAH MARGARET BANK & MICHAEL D. CRUTCHFIELD (CRIMINAL FROGERY) March 25, 2025 – Beulah Margaret Banks and Michael D. Crutchfield recorded a fraudulent Grant Deed**

On March 26, 2025, Defendants Beulah Margaret Banks and Michael D. Crutchfield executed and recorded a fraudulent and forged Grant Deed purporting to convey 2325 Van Wick Street, Inglewood, CA (APN 4029-020-004) from Houston Real Estate Business Trust (falsely acting on its behalf) back to themselves.

This deed is void ab initio because:Banks and Crutchfield had no ownership interest in the property at the time.They falsely claimed authority to act for Plaintiff's Trust.The instrument was a forged and unauthorized conveyance.Recording it violated California Penal Code §§ 115 & 470 (false instrument and forgery).It constitutes a fraudulent transfer under 11 U.S.C. §§ 548 & 550.

The March 26, 2025 forged deed directly clouded Plaintiff's title and enabled later fraudulent transfers to Christopher Morris Jones and encumbrances by CMG Mortgage, Inc., MERS, and USA National Title.Plaintiff seeks cancellation of the March 26, 2025 deed, a declaration that it is void, quiet title in Plaintiff's Trust, damages, and treble damages under RICO.

***ATTACHMENT 3:*** ***THIRD CAUSE OF ACTION:*** ☐ **Supplemental Complaint Attached**

## III. FRAUD - "CASHLESS" DEED FROM NEIGHBOR TO NEIGHBOR, LLC TO Christopher Morris Jones

On August 18, 2025, Defendant Neighbor to Neighbor Homes, LLC executed and recorded a purported Grant Deed transferring 2325 Van Wick Street, Inglewood, CA (APN 4029-020-004) to Defendant Christopher Morris Jones.

This transfer was fraudulent and void ab initio because: Neighbor to Neighbor Homes, LLC never held valid title, having received the property through a fraudulent, "cashless" Trustee's Deed Upon Sale recorded October 17, 2024 by RESS Financial Corporation.No legitimate consideration was exchanged; the transfer was part of a sham scheme to launder title.

The deed was used to falsely legitimize Jones as owner, enabling him to immediately encumber the property with a fraudulent $800,238 Deed of Trust in favor of CMG Mortgage, Inc., MERS, and USA National Title Company.Recording this deed constituted a false instrument under California Penal Code § 115 and a fraudulent transfer under 11 U.S.C. §§ 548, 550.

The transaction furthered a racketeering scheme involving mail fraud, wire fraud, bank fraud, and money laundering.

This "cashless" transfer was a critical step in the conspiracy to defraud Plaintiff and cloud title to the Van Wick property.

Plaintiff seeks:

Cancellation of the August 18, 2025 Grant Deed from Neighbor to Neighbor Homes, LLC to Christopher Morris Jones;

Declaration that the deed is void ab initio;Quiet Title confirming Plaintiff's Trust as rightful owner;Damages and treble damages under civil RICO.

***ATTACHMENT 4:*** ***FOURTH CAUSE OF ACTION:*** ☐ **Supplemental Complaint Attached**

## IV. Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §1961 et seq)

Defendants, including RESS Financial Corporation, Neighbor to Neighbor Homes, LLC, Beulah Margaret Banks, Michael D. Crutchfield, Christopher Morris Jones, Carla Clenney-Martinez, CMG Mortgage, Inc., MERS, and USA National Title Company, Inc., together formed an association-in-fact enterprise for the purpose of fraudulently obtaining, concealing, and encumbering Plaintiff's real properties — 2325 Van Wick Street, Inglewood, CA (APN 4029-020-004) and 3964 Redwood Avenue, Los Angeles, CA (APN 4236-026-020).

Defendants conducted the affairs of this enterprise through a pattern of racketeering activity in violation of 18 U.S.C. § 1962(c), including:Mail Fraud (18 U.S.C. § 1341) – Recording and transmitting fraudulent deeds and loan documents by mail.Wire Fraud (18 U.S.C. § 1343) – Electronic recording of false instruments and interstate communications to further the scheme.Bank Fraud (18 U.S.C. § 1344) – The fraudulent $800,238 loan obtained by Christopher Morris Jones through CMG Mortgage, Inc. based on forged title.Money Laundering (18 U.S.C. §§ 1956, 1957) – Concealing and legitimizing the proceeds of fraud through sham transfers and encumbrances, including the "cashless" deed by RESS Financial Corporation.Forgery and False Recording (Cal. Penal Code §§ 115, 470) – State predicate crimes incorporated into the RICO pattern.This racketeering scheme spanned multiple fraudulent transactions, across both properties, over a period exceeding one year, satisfying the continuity requirement of RICO.

As a direct result of Defendants' racketeering conduct, Plaintiff has been injured in his property and deprived of the use, possession, and title of both real properties.Pursuant to 18 U.S.C. § 1964(c), Plaintiff seeks:A declaration that Defendants engaged in racketeering activity;Treble damages for the injuries sustained;Attorney's fees and costs; andEquitable relief, including cancellation of fraudulent instruments, quiet title, and injunctive relief barring further fraudulent transfers.

***ATTACHMENT 5:*** ***FIFTH CAUSE OF ACTION:*** ☐ **Supplemental Complaint Attached**

## V. Wire Fraud (18 U.S.C. §§ 1341, 1343)

Defendants, including RESS Financial Corporation, Neighbor to Neighbor Homes, LLC, Beulah Margaret Banks, Michael D. Crutchfield, Christopher Morris Jones, Carla Clenney-Martinez, CMG Mortgage, Inc., MERS, and USA National Title Company, Inc., engaged in a scheme to defraud Plaintiff by recording, transmitting, and relying upon fraudulent and forged real estate documents concerning 2325 Van Wick Street and 3964 Redwood Avenue.

Defendants used the United States mail to send and receive fraudulent deeds, loan documents, and notices of recording, in violation of 18 U.S.C. § 1341 (Mail Fraud).Defendants used interstate wires, including electronic recording systems and communications with lenders and title companies, to further the fraudulent transfers and encumbrances, in violation of 18 U.S.C. § 1343 (Wire Fraud).Each recording, mailing, or electronic transmission of a false deed or deed of trust constitutes a separate act of mail or wire fraud.

These acts were part of a deliberate and coordinated conspiracy to manufacture false chains of title, obtain financing based on forged deeds, and deprive Plaintiff of his rightful ownership.

Plaintiff seeks a declaration that Defendants committed mail and wire fraud, cancellation of all fraudulent instruments, quiet title, damages, and treble damages under civil RICO (18 U.S.C. § 1964(c)).

***ATTACHMENT 6:*** ***SIXTH CAUSE OF ACTION:*** ☐ **Supplemental Complaint Attached**

## VI. 18 U.S.C. § 1341 (Mail Fraud)

Defendants, including RESS Financial Corporation, Neighbor to Neighbor Homes, LLC, Beulah Margaret Banks, Michael D. Crutchfield, Christopher Morris Jones, Carla Clenney-Martinez, CMG Mortgage, Inc., MERS, USA National Title Company, Inc., engaged in a scheme to defraud Plaintiff of his ownership rights in 2325 Van Wick Street and 3964 Redwood Avenue by using the United States mail to transmit and record fraudulent documents.

Defendants caused fraudulent deeds, including the October 17, 2024 "cashless" Trustee's Deed, the March 25, 2025 forged Grant Deed by Banks and Crutchfield, the March 26, 2025 forged Grant Deed by Carla Clenney-Martinez, and the August 18, 2025 fraudulent Grant Deed and Deed of Trust by Christopher Morris Jones, to be sent, delivered, or confirmed through the U.S. mail.Defendants further mailed and received loan, escrow, and title documents in connection with the fraudulent $800,238 mortgage loan by CMG Mortgage, Inc. secured by Van Wick Street.Each mailing of a false deed, loan paper, or recording notice constitutes a separate act of mail fraud under 18 U.S.C. § 1341.By intentionally using the U.S. mail to advance their scheme, Defendants committed federal mail fraud, which serves as a predicate act under RICO (18 U.S.C. § 1961 et seq.).

Plaintiff seeks a declaration that Defendants engaged in mail fraud, cancellation of fraudulent instruments, quiet title, turnover of property, damages, and treble damages under civil RICO (18 U.S.C. § 1964(c)).

***ATTACHMENT 7:*** ***SEVENTH CAUSE OF ACTION:*** ☐ **Supplemental Complaint Attached**

## VI. Claim for Money Laundering (18 U.S.C. §§ 1956, 1957)

Defendants, including RESS Financial Corporation, Neighbor to Neighbor Homes, LLC, Beulah Margaret Banks, Michael D. Crutchfield, Christopher Morris Jones, Carla Clenney-Martinez, CMG Mortgage, Inc., MERS, USA National Title Company, Inc., and Does 1–50, engaged in financial transactions involving the proceeds of fraud, in violation of 18 U.S.C. §§ 1956 and 1957.

On October 17, 2024, RESS Financial Corporation executed a "cashless" Trustee's Deed Upon Sale to Neighbor to Neighbor Homes, LLC, falsely creating the appearance of a legitimate foreclosure transfer and laundering title without value.On March 25, 2025, Banks and Crutchfield recorded a fraudulent Grant Deed, purporting to act on behalf of Plaintiff's Trust and deeding the property to themselves.On March 26, 2025, Carla Clenney-Martinez recorded a forged deed deeding 3964 Redwood Avenue back to herself after eviction, concealing and disguising her lack of ownership.On August 18, 2025, Christopher Morris Jones executed a fraudulent Grant Deed and Deed of Trust to CMG Mortgage, Inc. for $800,238.00, secured by property he did not own. CMG, MERS, and USA National Title participated in processing and recording the fraudulent encumbrance, thereby laundering the appearance of legitimate financing.

These acts involved concealing, transferring, and disguising fraudulently obtained property interests, constituting unlawful money laundering under federal law.Plaintiff seeks:A declaration that Defendants engaged in money laundering;Cancellation of all fraudulent deeds and encumbrances;Quiet title and turnover of property to Plaintiff's Trust;Damages and treble damages under civil RICO (18 U.S.C. § 1964(c)).

***ATTACHMENT 8:*** ***EIGHTH CAUSE OF ACTION:*** ☐ **Supplemental Complaint Attached**

## VIII. Claim for Turnover of Property (11 U.S.C. § 542)

The properties at issue — 2325 Van Wick Street, Inglewood, CA (APN 4029-020-004, Lot 5, Tract No. 7614) and 3964 Redwood Avenue, Los Angeles, CA (APN 4236-026-020, Lot 221, Tract No. 5951) — are rightfully owned by Plaintiff's Trust and constitute property of the bankruptcy estate.

Defendants, including RESS Financial Corporation, Neighbor to Neighbor Homes, LLC, Beulah Margaret Banks, Michael D. Crutchfield, Christopher Morris Jones, Carla Clenney-Martinez, CMG Mortgage, Inc., MERS, USA National Title Company, Inc., and Does 1–50, are in possession, custody, or control of estate property or claim adverse interests based on fraudulent and forged deeds and encumbrances.Pursuant to 11 U.S.C. § 542(a), an entity in possession of property of the estate must deliver such property to the trustee.

Defendants' refusal to release possession and control of the Van Wick and Redwood properties constitutes unlawful withholding of estate property.Plaintiff seeks an order directing Defendants to:

1. Turn over possession and control of the properties to Plaintiff's Trust;
2. Cancel all fraudulent deeds and encumbrances of record; andRecognize Plaintiff's Trust as the sole lawful owner of the properties.

***ATTACHMENT 9:*** ***NINTH CAUSE OF ACTION:*** ☐ **Supplemental Complaint Attached**

**IX. Claim for Bank Fraud**
**(18 U.S.C. § 1344)**

On August 18, 2025, Defendant Christopher Morris Jones, with the participation of CMG Mortgage, Inc., MERS, and USA National Title Company, Inc., executed a fraudulent Grant Deed and Deed of Trust encumbering 2325 Van Wick Street, Inglewood, CA (APN 4029-020-004) for $800,238.00.

This transaction constitutes Bank Fraud in violation of 18 U.S.C. § 1344 because:Jones made false representations of ownership to a federally regulated mortgage lender (CMG Mortgage, Inc.) in order to obtain loan proceeds.CMG Mortgage, Inc., through its use of MERS and USA National Title, processed and recorded a loan secured by property Jones did not own.

The fraudulent encumbrance was designed to defraud a financial institution and launder the appearance of legitimate ownership through public records.Defendants' conduct directly injured Plaintiff by creating a false lien on his property, depriving him of clear title, and exposing the property to foreclosure risk.Plaintiff seeks a declaration that Defendants engaged in Bank Fraud, cancellation of the fraudulent Deed of Trust, quiet title, damages, and treble damages under civil RICO (18 U.S.C. § 1964(c)).

***ATTACHMENT 10:*** ***TENTH CAUSE OF ACTION:*** ☐ **Supplemental Complaint Attached**

**X. Claim for False Statements in Real Estate Transactions (18 U.S.C. § 1014)**

On August 18, 2025, Defendant Christopher Morris Jones, in connection with the $800,238 loan from CMG Mortgage, Inc., knowingly made false statements and representations concerning his ownership of 2325 Van Wick Street, Inglewood, CA (APN 4029-020-004). Jones falsely claimed valid title to the property when, in fact, title had been obtained through a fraudulent chain of deeds.Defendant CMG Mortgage, Inc., with the participation of MERS and USA National Title Company, Inc., accepted and relied upon these false statements to process, secure, and record a Deed of Trust against property Jones did not own.

These actions constitute false statements made for the purpose of influencing a federally insured financial institution in violation of 18 U.S.C. § 1014. By permitting the loan to close based on fabricated ownership, Defendants created a fraudulent encumbrance that clouds Plaintiff's title.

Plaintiff seeks a declaration that Defendants violated 18 U.S.C. § 1014, cancellation of the fraudulent Deed of Trust, quiet title, damages, and treble damages under civil RICO (18 U.S.C. § 1964(c)).

***ATTACHMENT 11:*** ***ELEVENTH CAUSE OF ACTION:***

## XI. Claim for Quiet Title (Cal. Civ. Code § 760.020)

Plaintiff, Alfred McZeal, Jr., as Trustee of the Houston Real Estate Business Trust, seeks to quiet title to the following real properties:

1. 2325 Van Wick Street, Inglewood, CA 90303APN: 4029-020-004

Legal Description: Lot 5, Tract No. 7614, in the City of Inglewood, County of Los Angeles, State of California, as per map recorded in Book 88, Page 37 of Maps, in the Office of the Los Angeles County Recorder.

2. 3964 Redwood Avenue, Los Angeles, CA 90066APN: 4236-026-020

Legal Description: Lot 221, Tract No. 5951, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 77, Page 72 of Maps, in the Office of the Los Angeles County Recorder.Defendants, including RESS Financial Corporation, Neighbor to Neighbor Homes, LLC, Beulah Margaret Banks, Michael D. Crutchfield, Christopher Morris Jones, Carla Clenney-Martinez, CMG Mortgage, Inc., MERS, USA National Title Company, Inc., assert adverse claims to these properties by virtue of fraudulent deeds, forged instruments, and a fraudulent Deed of Trust.

Each of these instruments is void ab initio and constitutes a cloud on Plaintiff's title. Plaintiff is entitled to a judicial determination that: (1) Plaintiff's Trust is the sole owner of the Van Wick and Redwood properties; (2) Defendants have no valid interest, lien, or claim in either property; andAll adverse claims based on fraudulent transfers, forgeries, and encumbrances are cancelled and removed from the chain of title.

Plaintiff therefore seeks a judgment quieting title in Plaintiff's Trust, together with injunctive relief barring Defendants from recording or asserting further claims against the properties.?? Alfred, do you want me to now also prepare the Prayer for Relief section, pulling together everything you're asking the court for (cancellation of deeds, quiet title, turnover, damages, RICO treble damages, injunctions, etc.)?

***ATTACHMENT 12:*** ***TWELVTH CAUSE OF ACTION:***

## XII. Claim for Cancellation of Written Instruments (Cal. Civ. Code § 3412)

Defendants, including RESS Financial Corporation, Neighbor to Neighbor Homes, LLC, Beulah Margaret Banks, Michael D. Crutchfield, Christopher Morris Jones, Carla Clenney-Martinez, CMG Mortgage, Inc., MERS, and USA National Title Company, Inc., have recorded multiple fraudulent and forged written instruments against Plaintiff's properties — 2325 Van Wick Street, Inglewood, CA (APN 4029-020-004) and 3964 Redwood Avenue, Los Angeles, CA (APN 4236-026-020).

These instruments include, but are not limited to:

1. The October 17, 2024 Trustee's Deed Upon Sale recorded by RESS Financial Corporation to Neighbor to Neighbor Homes, LLC;

2. The March 25, 2025 fraudulent Grant Deed recorded by Beulah Margaret Banks and Michael D. Crutchfield;

3.The March 26, 2025 forged Grant Deed recorded by Carla Clenney-Martinez; and

4. The August 18, 2025 fraudulent Grant Deed and Deed of Trust executed by Christopher Morris Jones in favor of CMG Mortgage, Inc., MERS, and USA National Title Company.Each of these instruments is void ab initio because it was executed without lawful authority, without consideration, or through fraud and forgery. Their continued presence in the public record constitutes a cloud on Plaintiff's title and threatens irreparable injury.

Pursuant to Cal. Civ. Code § 3412, Plaintiff seeks an order directing the cancellation of all fraudulent deeds, encumbrances, and related instruments and the restoration of clear title in Plaintiff's Trust.

***ATTACHMENT 13:*** ***THIRTEENTH CAUSE OF ACTION:***

**XIII. Declaratory Judgment Act - 28 U.S.C. §2201 - §2202**

An actual controversy exists between Plaintiff, Alfred McZeal, Jr., dba Houston Real Estate Business Trust, and Defendants, including RESS Financial Corporation, Neighbor to Neighbor Homes, LLC, Beulah Margaret Banks, Michael D. Crutchfield, Christopher Morris Jones, Carla Clenney-Martinez, CMG Mortgage, Inc., MERS, USA National Title Company, Inc., and Does 1–50, regarding ownership and interests in the following properties:2325 Van Wick Street, Inglewood, CA (APN 4029-020-004, Lot 5, Tract No. 7614); and3964 Redwood Avenue, Los Angeles, CA (APN 4236-026-020, Lot 221, Tract No. 5951).Defendants claim adverse rights in these properties through fraudulent and forged deeds, a fraudulent Deed of Trust, and false recordings.

These instruments are void ab initio and constitute fraudulent transfers, forgeries, and predicate acts of racketeering. Pursuant to 28 U.S.C. § 2201, Plaintiff seeks a judicial declaration that:

1. All fraudulent deeds and encumbrances recorded by Defendants are void and of no legal effect;

2. Title to both properties is vested exclusively in Plaintiff's Trust; andDefendants have no valid ownership or lien rights in the properties.

Pursuant to 28 U.S.C. § 2202, Plaintiff further seeks appropriate relief based on the declaration, including: Cancellation of instruments under Cal. Civ. Code § 3412; Quiet title in Plaintiff's Trust;Turnover of property under 11 U.S.C. § 542; Injunctive relief to bar further interference or fraudulent recordings; andDamages and treble damages under civil RICO.

**CASE NO:** **IN REF:**

# SERVICE ADDRESSES

**PLEASE SERVE DEFENDANT'S AT THE FOLLOWING ADDRESSES:**

☐ RESS Financial Corporation
1780 Town and Country Drive, Suite 105
Norco, CA 92860 ☐

☐ Neighbor to Neighbor Homes, LLC
2015 Manhattan Beach Blvd.,
Suite 100
Redondo Beach, CA 90278 ☐

☐ Beulah Margaret Banks
2325 Van Wick Street, Inglewood, CA 90303 ☐

☐ Michael D. Crutchfield
2325 Van Wick Street, Inglewood, CA 90303 ☐

☐ Christopher Morris Jones
1802 W. 136th St.
Compton, CA. 90220 ☐

☐ CMG Mortgage, Inc.
3160 Crow Canyon Road,
Suite 400
San Ramon, CA 94583 ☐

☐ USA National Title Company, Inc.
301 North Lake Avenue,
Suite 300
Pasadena, CA 91101 ☐

☐ Carla Clenney-Martinez
3964 Redwood Avenue,
Los Angeles, CA ☐

# FRAUD CLAIMS

## I. FRAUD - "CASHLESS" TRUSTEE DEED UPON SALE FROM RESS FINANCIAL TO NEIGHBOR TO NEIGHBOR, LLC (CRIMINAL FORGERY)

# AGAINST DEFENDANTS:

| | EXHIBIT # |
|---|---|
| RESS FINANCIAL CORPORATION | F |
| Neighbor to Neighbor Homes, LLC | F2 |
| Beulah Margaret Banks | F3 |
| Michael D. Crutchfield | F4 |
| Christopher Morris Jones | F5 |
| CMG Mortgage, Inc. | F6 |
| USA National Title Company, Inc. | F7 |
| Carla Clenney-Martinez | F8 |

**RESS FINANCIAL CORPORATION**

**EXHIBIT F**

# FRAUD CLAIM

ATTACHMENT TO: ☑ Complaint ☐ Cross-Complaint

SHORT TITLE:

CASE NUMBER

## *CAUSE OF ACTION - FRAUD - STATEMENT OF FACTS*

**I. FRAUD - Recorded the fraudulent Trustee's Deed Upon Sale on 10/17/2024 (Doc #20240710375).Transferred property without lawful authority to Neighbor to Neighbor Homes, LLC.**

(Use a separate cause of action form for each cause of action.)

**PLAINTIFF(S)** **ALFRED MCZEAL, JR.**

vs.

alleges that defendant **RESS FINANCIAL CORPORATION**

on or about (date): 10/17/2024 defrauded plaintiff(s) as follows:

**LOSS DUE TO FRAUD:** **NATURE OF THE SCHEME:**

1. **CIRCUMSTANCES CONSTITUTING THE FRAUD** ☑ as follows:

Defendant, Recorded the fraudulent Trustee's Deed Upon Sale on 10/17/2024 (Doc #20240710375).Transferred property without lawful authority to Neighbor to Neighbor Homes, LLC.

**b. DATE & *TIME OF THE FRAUD*:** ☑ as follows:

2. The date of the fraud was **October 17, 2024** and the time of the fraud was: **8:30am** .

**c. *PLACE OF THE FRAUD*:** ☑ as follows:

3. **At Defendant's Offices; Satellite Offices; County Recorder's Office; Defendant's Employee Remote Locations**

**D. CONTENT OF THE FALSE REPRESENTATION**

4. **False Representation of Sale when in fact no such sale took place.**

**E. IDENTITY OF THE PARTIES INVOLVED** ☑ as follows:

5. **RESS FINANCIAL CORPORATION, NEIGHBOR TO NEIGHBOR, LLC.**

6.
**WHO:** The perpetrator is/are: **RESS FINANCIAL CORPORATION**

**WHAT:** The type of fraud is: **FORECLOSURE FRAUD.**

**WHEN:** This fraud occurred at the date and time set forth in ***Paragraph 2 above***.

**WHERE** This fraud occurred at the place set forth in ***Paragraph 3 above***.

**HOW:** The fraud was accomplished by *publishing false information* in public record, concealing pertinent facts regarding the instrument, making false representations as set out above

**G. PLAINTIFF'S RELIANCE ON THE FRAUD**

7. Plaintiff(s) relief upon this fraud because defendants made public disclosures to third parties, and to public record by recording false accounting entries, and false information causing plaintiff and the public the impression that this fraud was real.

**H. LOSSES DUE TO THE DEFENDANTS FRAUDULENT CONDUCT**

8. As a result of defendants accounting fraud and fraudulent conduct plaintiff complained of herein, has sustained losses in excess of over **$800,000.00**

☑ **ATTACHMENT** FRAUDULENT TRUSTEE DEED OF TRUST TO NEIGHBOR TO NEIGHBOR **NO OF PAGES:**

EXHIBIT F2

Neighbor to Neighbor Homes, LLC

# FRAUD CLAIM

ATTACHMENT TO: ☑ Complaint ☐ Cross-Complaint

| SHORT TITLE: | CASE NUMBER |
|---|---|
| | |

## CAUSE OF ACTION - FRAUD - STATEMENT OF FACTS

**Neighbor to Neighbor Homes, LLC Claimed ownership under the fraudulent trustee's deed from RESS. Not a bona fide purchaser; knowingly participated in the fraud.**

(Use a separate cause of action form for each cause of action.)

PLAINTIFF(S) **ALFRED MCZEAL, JR.**

vs.

alleges that defendant **Neighbor to Neighbor Homes, LLC**

on or about (date): **10/17/2024** defrauded plaintiff(s) as follows:

**LOSS DUE TO FRAUD:** **NATURE OF THE SCHEME:**

1. **CIRCUMSTANCES CONSTITUTING THE FRAUD** ☑ as follows:

**Defendant, Recorded the fraudulent Trustee's Deed Upon Sale on 10/17/2024 (Doc #20240710375).Transferred property without lawful authority to Neighbor to Neighbor Homes, LLC.**

**b. DATE & TIME OF THE FRAUD:** ☑ as follows:

2. The date of the fraud was **October 17, 2024** and the time of the fraud was: **8:30AM** .

**c. PLACE OF THE FRAUD:** ☑ as follows:

3. **At Defendant's Offices; Satellite Offices; County Recorder's Office; Defendant's Employee Remote Locations**

**D. CONTENT OF THE FALSE REPRESENTATION**

4. **False Representation of Sale when in fact no such sale took place.**

**E. IDENTITY OF THE PARTIES INVOLVED** ☑ as follows:

5. **Neighbor to Neighbor Homes, LLC; Ress Financial**

6. **WHO:** The perpetrator is/are: **Neighbor to Neighbor Homes, LLC; Ress Financial**
**WHAT:** The type of fraud is: **FORECLOSURE FRAUD.**
**WHEN:** This fraud occurred at the date and time set forth in ***Paragraph 2 above***.
**WHERE** This fraud occurred at the place set forth in ***Paragraph 3 above***.
**HOW:** The fraud was accomplished by *publishing false information* in public record, concealing pertinent facts regarding the instrument, making false representations as set out above

**G. PLAINTIFF'S RELIANCE ON THE FRAUD**

7. Plaintiff(s) relief upon this fraud because defendants made public disclosures to third parties, and to public record by recording false accounting entries, and false information causing plaintiff and the public the impression that this fraud was real.

**H. LOSSES DUE TO THE DEFENDANTS FRAUDULENT CONDUCT**

8. As a result of defendants accounting fraud and fraudulent conduct plaintiff complained of herein, has sustained losses in excess of over **$800,000.00**

☑ **ATTACHMENT** False Foreclosure deed of Ress Financial to Neighbor to Neighbor **NO OF PAGES:**

**Beulah Margaret Banks**

**EXHIBIT F3**

# FRAUD CLAIM

**ATTACHMENT TO:** ☑ Complaint ☐ Cross-Complaint

SHORT TITLE:

CASE NUMBER

## *CAUSE OF ACTION - FRAUD - STATEMENT OF FACTS*

**March 25, 2025 – Beulah Margaret Banks and Michael D. Crutchfield recorded a fraudulent & criminal forged Grant 2325 Van Wick Street back to themselve**

(Use a separate cause of action form for each cause of action.)

PLAINTIFF(S) **ALFRED MCZEAL, JR.**

vs.

alleges that defendant **Beulah Margaret Banks**

on or about (date): **March 25, 2025** defraudeded plaintiff(s) as follows:

**LOSS DUE TO FRAUD:** **NATURE OF THE SCHEME:**

1. **CIRCUMSTANCES CONSTITUTING THE FRAUD** ☑ as follows:

**Defendant, Recorded the fraudulent Trustee's Deed Upon Sale on 10/17/2024 (Doc #20240710375).Transferred property without lawful authority to Neighbor to Neighbor Homes, LLC.**

**b. DATE & *TIME OF THE FRAUD*:** ☑ as follows:

2. The date of the fraud was **March 25, 2025** and the time of the fraud was: .

**c. *PLACE OF THE FRAUD*:** ☑ as follows:

3. **At Defendant's Offices; Satellite Offices; County Recorder's Office; Defendant's Employee Remote Locations**

**D. CONTENT OF THE FALSE REPRESENTATION**

4. **False Representation of Sale when in fact no such sale took place.**

**E. IDENTITY OF THE PARTIES INVOLVED** ☑ as follows:

5. **Beulah Margaret Banks**

6. **WHO:** The perpetrator is/are: **Beulah Margaret Banks**
**WHAT:** The type of fraud is: **FORECLOSURE FRAUD.**
**WHEN:** This fraud occurred at the place set forth in ***Paragraph 2 above***.
**WHERE** This fraud occurred at the date and time set forth in ***Paragraph 3 above***.
**HOW:** The fraud was accomplished by *publishing false information* in public record, concealing pertinent facts regarding the instrument, making false representations as set out above

**G. PLAINTIFF'S RELIANCE ON THE FRAUD**

7. Plaintiff(s) relief upon this fraud because defendants made public disclosures to third parties, and to public record by recording false accounting entries, and false information causing plaintiff and the public the impression that this fraud was real.

**H. LOSSES DUE TO THE DEFENDANTS FRAUDULENT CONDUCT**

8. As a result of defendants accounting fraud and fraudulent conduct plaintiff complained of herein, has sustained losses in excess of over **$800,000.00**

☑ **ATTACHMENT** False Deed Recorded by Beulah Banks on 3/26/2025 **NO OF PAGES:**

Michael D. Crutchfield

EXHIBIT F4

# FRAUD CLAIM

ATTACHMENT TO: ☑ Complaint ☐ Cross-Complaint

| SHORT TITLE: | CASE NUMBER |
|---|---|
| | |

## *CAUSE OF ACTION - FRAUD - STATEMENT OF FACTS*

**Co-grantor March 25, 2025 –Michael D. Crutchfield recorded a fraudulent & criminal forged Grant 2325 Van Wick Street back to himself.**

(Use a separate cause *of* action form for each cause *of* action.)

PLAINTIFF(S) **ALFRED MCZEAL, JR.**

vs.

alleges that defendant **Michael D. Crutchfield**

on or about (date): March 25, 2025 defrauded plaintiff(s) as follows:

**LOSS DUE TO FRAUD:** **NATURE OF THE SCHEME:**

1. CIRCUMSTANCES CONSTITUTING THE FRAUD ☑ as follows:

**Defendant, Recorded the fraudulent Trustee's Deed Upon Sale on 10/17/2024 (Doc #20240710375).Transferred property without lawful authority to Neighbor to Neighbor Homes, LLC.**

b. ***DATE & TIME OF THE FRAUD***: ☑ as follows:

2. The date of the fraud was and the time of the fraud was: .

c. ***PLACE OF THE FRAUD***: ☑ as follows:

3. **At Defendant's Offices; Satellite Offices; Los Angeles County Recorder's Office;**

D. CONTENT OF THE FALSE REPRESENTATION

4. **The content of the False Representation was defendant was authorized to transfer a deed when in fact he was not.**

E. IDENTITY OF THE PARTIES INVOLVED ☑ as follows:

5. **Michael D. Crutchfield, Beulah Margaret Banks.**

6.
**WHO:** The perpetrator is/are: **Michael D. Crutchfield, Beulah Margaret Banks**
**WHAT:** The type of fraud is: **Real Estate Property Deed Fraud. (Criminal Fraud)**
**WHEN:** This fraud occurred at the date and time set forth in ***Paragraph 2 above***.
**WHERE** This fraud occurred at the place set forth in ***Paragraph 3 above***.
**HOW:** The fraud was accomplished by *publishing false information* in public record, concealing pertinent facts regarding the instrument, making false representations as set out above

**G. PLAINTIFF'S RELIANCE ON THE FRAUD**

7. Plaintiff(s) relief upon this fraud because defendants made public disclosures to third parties, and to public record by recording false accounting entries, and false information causing plaintiff and the public the impression that this fraud was real.

**H. LOSSES DUE TO THE DEFENDANTS FRAUDULENT CONDUCT**

8. As a result of defendants accounting fraud and fraudulent conduct plaintiff complained of herein, has sustained losses in excess of over **$800,000.00**

☑ **ATTACHMENT** Defendants Recored Deed on 3/26/2025. **NO OF PAGES:**

**EXHIBIT F5**

**Christopher Morris Jones**

# FRAUD CLAIM

**ATTACHMENT TO:** ☑ Complaint ☐ Cross-Complaint

| SHORT TITLE: | CASE NUMBER |
|---|---|
| | |

## *CAUSE OF ACTION - FRAUD - STATEMENT OF FACTS*

**FALSE DEED RECORDED: Claimed to be owner via fraudulent Grant Deed (08/18/2025).**

(Use a separate cause *of* action form for each cause *of* action.)

PLAINTIFF(S) **ALFRED MCZEAL, JR.**

vs.

alleges that defendant **Christopher Morris Jones**

on or about (date): **08/18/2025** defrauded plaintiff(s) as follows:

**LOSS DUE TO FRAUD:** **NATURE OF THE SCHEME:**

1. **CIRCUMSTANCES CONSTITUTING THE FRAUD** ☑ as follows:

**On August 18, 2025, Defendant Christopher Morris Jones participated in the fraudulent scheme to strip title from Plaintiff's Trust in 2325 Van Wick Street, Inglewood, CA (APN 4029-020-004, Lot 5, Tract No. 7614).Fraudulent Grant Deed: Jones obtained and recorded a Grant Deed purporting to transfer the Van Wick property to himself.**

**This deed was void ab initio because Neighbor to Neighbor Homes, LLC — his purported grantor — never held valid title, having received the property through a fraudulent, "cashless" Trustee's Deed Upon Sale recorded by RESS Financial Corporation.**

**b. DATE & *TIME OF THE FRAUD*:** ☑ as follows:

2. The date of the fraud was **August 18, 2025** and the time of the fraud was: .

**c. *PLACE OF THE FRAUD*:** ☑ as follows:

3. **At Defendant's Offices; Satellite Offices; County Recorder's Office; Defendant's Employee Remote Locations**

**D. CONTENT OF THE FALSE REPRESENTATION**

4. **The content of the false representation was that Christopher Morris Jones was a good faith buyer when in fact he is fraud attempting to finance his loan with plaintiff equity in the property.**

**E. IDENTITY OF THE PARTIES INVOLVED** ☑ as follows:

5. **Christopher Morris Jones, Neighbor to Neighbor Homes, LLC.**

6. **WHO:** The perpetrator is/are: **Christopher Morris Jones**

**WHAT:** The type of fraud is: **LOAN FRAUD, FINANCIAL FRAUD.**

**WHEN:** This fraud occurred at the date and time set forth in ***Paragraph 2 above***.

**WHERE** This fraud occurred at the place set forth in ***Paragraph 3 above***.

**HOW:** The fraud was accomplished by *publishing false information* in public record, concealing pertinent facts regarding the instrument, making false representations as set out above

**G. PLAINTIFF'S RELIANCE ON THE FRAUD**

7. Plaintiff(s) relief upon this fraud because defendants made public disclosures to third parties, and to public record by recording false accounting entries, and false information causing plaintiff and the public the impression that this fraud was real.

**H. LOSSES DUE TO THE DEFENDANTS FRAUDULENT CONDUCT**

8. As a result of defendants accounting fraud and fraudulent conduct plaintiff complained of herein, has sustained losses in excess of over ____________________

☐ **ATTACHMENT** ________________________________ **NO OF PAGES:** ________

**EXHIBIT F6**

**CMG Mortgage, Inc.**

# FRAUD CLAIM

**ATTACHMENT TO:** ☑ Complaint ☐ Cross-Complaint

| SHORT TITLE: | CASE NUMBER |
|---|---|
| | |

## *CAUSE OF ACTION - FRAUD - STATEMENT OF FACTS*

## The lender on the fraudulent Jones loan.(08/18/2025).

(Use a separate cause *of* action form for each cause *of* action.)

PLAINTIFF(S) **ALFRED MCZEAL, JR.**

vs.

alleges that defendant **CMG Mortgage, Inc.**

on about (date): **08/18/2025** defrauded plaintiff(s) as follows:

**LOSS DUE TO FRAUD:** **NATURE OF THE SCHEME:**

1. **CIRCUMSTANCES CONSTITUTING THE FRAUD** ☑ as follows:

**On August 18, 2025, Defendant CMG Mortgage, Inc., doing business as CMG Financial / CMG Home Loans, knowingly accepted and recorded a fraudulent Deed of Trust in the amount of $800,238.00 against 2325 Van Wick Street, Inglewood, CA (APN 4029-020-004, Lot 5, Tract No. 7614).Fraudulent Encumbrance: CMG Mortgage processed and funded a loan to Christopher Morris Jones, who falsely claimed to be the owner of the Van Wick property. In fact, Jones held no valid title, having obtained his interest through a fraudulent grant deed from Neighbor to Neighbor Homes, LLC.Participation in Fraudulent Scheme: By accepting Jones's misrepresentations and recording a Deed of Trust, CMG became an active participant in the conspiracy to launder title and create the appearance of a legitimate financial encumbrance.Federal Violations: CMG's conduct constitutes:Bank Fraud under 18 U.S.C. § 1344 (loan secured by property not owned by borrower);False Statements in a Real Estate Transaction under 18 U.S.C. § 1014 (relying on false borrower representations);Mail and Wire Fraud under 18 U.S.C. §§ 1341 & 1343 (processing and transmitting fraudulent loan documents);Money Laundering under 18 U.S.C. §§ 1956 & 1957 (disguising proceeds of a fraudulent loa**

**b. DATE & *TIME OF THE FRAUD*:** ☑ as follows:

2. The date of the fraud was **August 18, 2025** and the time of the fraud was: .

**c. *PLACE OF THE FRAUD*:** ☑ as follows:

3. **At Defendant's Offices; Satellite Offices; County Recorder's Office; Defendant's Employee Remote Locations**

**D. CONTENT OF THE FALSE REPRESENTATION**

4. **False Representation of Sale when in fact no such sale took place.**

**E. IDENTITY OF THE PARTIES INVOLVED** ☑ as follows:

5. **CMG Mortgage, Inc.**

6. **WHO:** The perpetrator is/are: **CMG Mortgage, Inc.**
**WHAT:** The type of fraud is: **FORECLOSURE FRAUD.**
**WHEN:** This fraud occurred at the date and time set forth in ***Paragraph 2 above***.
**WHERE** This fraud occurred at the place set forth in ***Paragraph 3 above***.
**HOW:** The fraud was accomplished by *publishing false information* in public record, concealing pertinent facts regarding the instrument, making false representations as set out above

**G. PLAINTIFF'S RELIANCE ON THE FRAUD**

7. Plaintiff(s) relief upon this fraud because defendants made public disclosures to third parties, and to public record by recording false accounting entries, and false information causing plaintiff and the public the impression that this fraud was real.

**H. LOSSES DUE TO THE DEFENDANTS FRAUDULENT CONDUCT**

8. As a result of defendants accounting fraud and fraudulent conduct plaintiff complained of herein, has sustained losses in excess of over ____________________

☐ **ATTACHMENT** ____________________ **NO OF PAGES:** ______

**USA National Title Company, Inc.**

EXHIBIT F7

# FRAUD CLAIM

ATTACHMENT TO: ☑ Complaint ☐ Cross-Complaint

SHORT TITLE:

CASE NUMBER

## *CAUSE OF ACTION - FRAUD - STATEMENT OF FACTS*

**Trustee Falsely Listed as trustee on the Jones Deed of Trust .(08/18/2025).**

(Use a separate cause *of* action form for each cause *of* action.)

PLAINTIFF(S) **ALFRED MCZEAL, JR.**

vs.

alleges that defendant **USA National Title Company, Inc.**

on or about (date): 08/18/2025 defrauded plaintiff(s) as follows:

LOSS DUE TO FRAUD: NATURE OF THE SCHEME:

1. CIRCUMSTANCES CONSTITUTING THE FRAUD ☑ as follows:

**On August 18, 2025, Defendant USA National Title Company, Inc. was named as trustee under a fraudulent Deed of Trust in the amount of $800,238.00 encumbering 2325 Van Wick Street, Inglewood, CA (APN 4029-020-004, Lot 5, Tract No. 7614).Fraudulent Trustee Role: The Deed of Trust was executed by Christopher Morris Jones, who never held valid title to the property. By accepting appointment as trustee, USA National Title became an instrument in the fraudulent encumbrance.**

b. *DATE & TIME OF THE FRAUD*: ☑ as follows:

2. The date of the fraud was **August 18, 2025** and the time of the fraud was: **8:30am** .

c. *PLACE OF THE FRAUD*: ☑ as follows:

3. **At Defendant's Offices; Satellite Offices; County Recorder's Office; Defendant's Employee Remote Locations**

D. CONTENT OF THE FALSE REPRESENTATION

4. **The content was that defendants was a trustee under a valid instrument but which was nothing more than a cashless fraud.**

E. IDENTITY OF THE PARTIES INVOLVED ☑ as follows:

5. **USA National Title Company, Inc.**

6. WHO: The perpetrator is/are: **USA National Title Company, Inc.**

WHAT: The type of fraud is: **FORECLOSURE FRAUD.**

WHEN: This fraud occurred at the date and time set forth in ***Paragraph 2 above***.

WHERE This fraud occurred at the place set forth in ***Paragraph 3 above***.

HOW: The fraud was accomplished by *publishing false information* in public record, concealing pertinent facts regarding the instrument, making false representations as set out above

G. PLAINTIFF'S RELIANCE ON THE FRAUD

7. Plaintiff(s) relief upon this fraud because defendants made public disclosures to third parties, and to public record by recording false accounting entries, and false information causing plaintiff and the public the impression that this fraud was real.

H. LOSSES DUE TO THE DEFENDANTS FRAUDULENT CONDUCT

8. As a result of defendants accounting fraud and fraudulent conduct plaintiff complained of herein, has sustained losses in excess of over **$800,000.00**

☑ ATTACHMENT Defendant's False and Fraudulent Deed of Trust. NO OF PAGES:

**EXHIBIT F8**

Carla Clenney-Martinez

# FRAUD CLAIM

ATTACHMENT TO: ☑ Complaint ☐ Cross-Complaint

SHORT TITLE:

CASE NUMBER

## *CAUSE OF ACTION - FRAUD - STATEMENT OF FACTS*

**Fraudulent & Forged Grant Deed Recorded March 26, 2025 falsely claiming to act as "Trustee" Houston Real Estate Business Trust**

(Use a separate cause of action form for each cause of action.)

PLAINTIFF(S) **ALFRED MCZEAL, JR.**

vs.

alleges that defendant **Carla Clenney-Martinez**

on or about (date): 3/26/2025 defrauded plaintiff(s) as follows:

LOSS DUE TO FRAUD: NATURE OF THE SCHEME:

1. CIRCUMSTANCES CONSTITUTING THE FRAUD ☑ as follows:

**On August 5, 2024 – Carla Clenney-Martinez validly conveyed 3964 Redwood Avenue to (Houston Real Estate Business Trust. At that point, she had no remaining ownership interest. March 26, 2025 – Carla Cleeney-Martinez forged a Grant Deed, falsely claiming to be a trustee of Houston Real Estate Business Trust, and fraudulently deeded the property back to herself after she had already been lawfully evicted.**

b. DATE & *TIME OF THE FRAUD*: ☑ as follows:

2. The date of the fraud was **March 26, 2025** and the time of the fraud was: **8:30am** .

c. *PLACE OF THE FRAUD*: ☑ as follows:

3. **At Defendant's Offices; Los Angeles County Recorder's Office; Defendant's Employee Remote Locations**

D. CONTENT OF THE FALSE REPRESENTATION

4. **Defendant misrepresented herself as an authozed trustee when in fact she was not, and forged Houston Real Estate Business Trust (Alfred McZeal, Jr.) name in a criminal format.**

E. IDENTITY OF THE PARTIES INVOLVED ☑ as follows:

5. **Carla Clenney-Martinez**

6. WHO: The perpetrator is/are: **Carla Clenney-Martinez**

WHAT: The type of fraud is: **FORECLOSURE FRAUD.**

WHEN: This fraud occurred at the date and time set forth in ***Paragraph 2 above***.

WHERE This fraud occurred at the place set forth in ***Paragraph 3 above***.

HOW: The fraud was accomplished by *publishing false information* in public record, concealing pertinent facts regarding the instrument, making false representations as set out above

G. PLAINTIFF'S RELIANCE ON THE FRAUD

7. Plaintiff(s) relief upon this fraud because defendants made public disclosures to third parties, and to public record by recording false accounting entries, and false information causing plaintiff and the public the impression that this fraud was real.

H. LOSSES DUE TO THE DEFENDANTS FRAUDULENT CONDUCT

8. As a result of defendants accounting fraud and fraudulent conduct plaintiff complained of herein, has sustained losses in excess of over **$1,500,000.00**

☑ ATTACHMENT FALSE DEED RECORDED BY CARLA CLEENEY ON 3/25/2025 NO OF PAGES:

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result m the dismissal of my case.

Date of signing: **September 04, 2025**

Signature of Plaintiff

Printed Name of Plaintiff **Alfred McZeal, Jr.**

B. **For Attorneys**

**Date of signing:** ~~March 26, 2024~~

**Signature of Attorney**

**Printed Name of Attorney**

**Bar Number**

**Name of Law Firm**

Street Address

State and Zip Code

Telephone Number

E-mail Address

**VERIFICATION**

**OF**

**PLAINTIFF(S)**

I (we), ALFRED MCZEAL, JR. am a plaintiffs in the above-entitled action. I (we) have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I (we) believe it to be true.

I (we) declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at: **Houston, Texas**

**ALFRED MCZEAL, JR.**

Dated: September 04, 2025

# SERVICE OF PROCESS

Please serve the defendants at the following address::

RESS Financial Corporation
1780 Town and Country Drive, Suite 105
Norco, CA 92860

Neighbor to Neighbor Homes, LLC
2015 Manhattan Beach Blvd.,
Suite 100
Redondo Beach, CA 90278

Beulah Margaret Banks
2325 Van Wick Street, Inglewood, CA
90303

Michael D. Crutchfield
2325 Van Wick Street, Inglewood, CA
90303

Christopher Morris Jones
1802 W. 136th St.
Compton, CA. 90220

CMG Mortgage, Inc.
3160 Crow Canyon Road,
Suite 400
San Ramon, CA 94583

USA National Title Company, Inc.
301 North Lake Avenue,
Suite 300
Pasadena, CA 91101

Carla Clenney-Martinez
3964 Redwood Avenue,
Los Angeles, CA