FILED & ENTERED

JUL 08 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ALFRED MCZEAL<br><br>Debtor. | Chapter 7<br><br>Case No.: 8:25-bk-11919-MH<br><br>Adv. No: 8:25-ap-1266-MH<br><br>**ORDER DISMISSING COMPLAINT FOR LACK OF JURISDICTION** |
| ALFRED MCZEAL<br><br>Plaintiff,<br><br>v.<br><br>RESS FINANCIAL CORPORATION ET. AL.<br><br>Defendants. | **Hearing Information**:<br><br>**Date**: April 1, 2026<br>**Time**: 3:00 p.m.<br>**Place**: 411 W. Fourth Street<br>Santa Ana, CA 92701<br>**Courtroom**: 6C |

On July 14, 2025, Alfred McZeal ("Plaintiff") filed a Chapter 13 voluntary petition. The docket reflects sixteen prior bankruptcy cases filed by Plaintiff. On September 8, 2025, Plaintiff filed a complaint against: (1) Ress Financial Corporation; (2) Neighbor to Neighbor Homes, LLC; (3) Beulah Margaret Banks; (4) Michael D Crutchfield; (5) Christopher Morris Jones; (6) CMG Mortgage, Inc.; (7)

USA National Title Company, Inc.; and (8) Carla Clenney-Martinez (collectively, "Defendants"). On September 15, 2025, Plaintiff's bankruptcy case was converted to Chapter 7 and a Chapter 7 Trustee was subsequently appointed.

On February 20, 2026, the Court issued its *Order to Show Cause Why Complaint Should Not Be Dismissed for Lack of Jurisdiction* (the "OSC"). The Court did not receive any opposition to the OSC. On April 1, 2026, the Court held a hearing on the OSC and dismissed the proceeding for lack of standing. The Court notes that it instructed counsel to lodge a proposed order, although it does not appear that counsel lodged an order. Therefore, for the reasons stated above, on the record at the hearing held on April 1, 2026, and in the OSC, the Court hereby DISMISSES the proceeding.

IT IS SO ORDERED.

###

Date: July 8, 2026

Mark Houle
United States Bankruptcy Judge